UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICK ALAN RAND,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 17-03678-RSWL (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the cross-motions for summary judgement, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge, the Objections filed by Defendant and the Response to Defendant's Objections filed by Plaintiff. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered reversing the decision of the Commissioner of Social Security in this case and remanding the matter for further administrative proceedings consistent with the Report and Recommendation.

Dated: 2/27/2018

s/ RONALD S.W. LEW  
Ronald S. W. Lew  
United States District Judge