JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICK ALAN RAND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 17-03678-RSWL (JDE)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative proceedings consistent with the Report and Recommendation.

Dated: 2/27/2018　　　　　s/ RONALD S.W. LEW
　　　　　　　　　　　　　Ronald S. W. Lew
　　　　　　　　　　　　　United States District Judge