UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ALAN RAND,<br><br>   Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. CV 17-03678-RSWL (JDE)<br><br>ORDER AWARDING ATTORNEY<br>FEES UNDER THE EQUAL<br>ACCESS TO JUSTICE ACT,<br>PURSUANT TO 28 U.S.C.<br>§ 2412(d), AND COSTS,<br>PURSUANT TO 28 U.S.C. § 1920 |

   Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of $5,650.00, and costs under 28 U.S.C. § 1920, in the amount of $400.00, subject to the terms of the above-referenced Stipulation, to include the United States Department of the Treasury's Offset Program pursuant to <u>Astrue v. Ratliff</u>, 130 S. Ct. 2521 (2010). Any payment shall be delivered to Plaintiff's counsel.

Dated: May 02, 2018

_____
JOHN D. EARLY
United States Magistrate Judge